

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**  312-435-5670
**Clerk**

2/22/23

Re: In RE: Hair Relaxer Marketing, Sales Practices, And Products Liability Litigation

USDC Case Number: See attached

Other Court Case Number: See attached
MDL Number: 3060

Dear Clerk:

Enclosed is a certified copy of the Transfer Order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above-entitled action to the Northern District of Illinois, Eastern Division, where it has been directly assigned to Judge Mary M. Rowland.

Upon entry of this letter and the MDL CTO, please electronically transmit your court file to the United States District Court, Northern District of Illinois. Your prompt attention to this matter is greatly appreciated.

          Sincerely,

          Thomas G. Bruton, Clerk

By:   /s/ A. Ellis_____
        Deputy Clerk